AO 94 (Rev. 8/97 - Nev.)  Commitment to Another District

# UNITED STATES DISTRICT COURT

District of **NEVADA (RENO)**

UNITED STATES OF AMERICA
v.
GREGORIO HERNANDEZ-DURON

**COMMITMENT TO BUREAU OF PRISONS**

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

OCT 27 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:10-CR-2216(1)-DB | 3:11-MJ-123-WGC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

____ Indictment   ____ Information   ____ Complaint   __X__ Other (specify)

charging a violation of conditions of pretrial release (failure to surrender to serve sentence)

**DISTRICT OF OFFENSE** Western District of Texas

**DESCRIPTION OF CHARGES:** Failure to surrender for service of imposed sentence

**CURRENT BOND STATUS:**
____ Bail fixed at _____ and conditions were not met
__X__ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation:**
____ Retained Own Counsel   ____ Federal Defender Organization   __X__ CJA Attorney   ____ None

Interpreter Required?   ____ No   __x__ Yes   Language: Spanish

**DISTRICT OF NEVADA - RENO**

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the Bureau of Prisons.

October 27, 2011
Date

ROBERT A. McQUAID, JR., UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |